**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Alan L.,[1] | Case No. 25-CV-2377 (JMB/LIB) |
|      Plaintiff, | |
| v. | **ORDER** |
| Frank Bisignano, *Commissioner of Social Security*, | |
|      Defendant. | |

---

Edward C. Olson, Reitan Law Office, Minneapolis, MN; and Clifford Michael Farrell (*pro hac vice*), Manring & Farrell, Dublin, OH, for Plaintiff Alan L.

James D. Sides and Shea Taulbee, Social Security Administration, Baltimore, MD, for Defendant Frank Bisignano.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Leo I. Brisbois dated April 30, 2026. (Doc. No. 23.) The R&R recommends that Plaintiff Alan L.'s request for relief be granted, and the Commissioner's denied, and that the matter be remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administration proceedings consistent with the discussion in the R&R. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See*

---

[1] This District has adopted a policy of using only the first name and last initial of any non-governmental party on orders in Social Security matters.

Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 23) is ADOPTED.

2. Plaintiff Alan L.'s request for relief (Doc. No. 12) is GRANTED.

3. The Commissioner's request for relief (Doc. No. 22) is DENIED.

4. This action is REMANDED back to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the R&R.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 3, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

2